| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue, Suite 207<br>PO Box 1029<br>Millburn, New Jersey 07041<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel to Robert B. Wasserman, Chapter 7 Trustee<br>**SCOTT S. REVER (SR 1425)** |
| In Re:<br><br>**DAVID L. MANN and PEGGY A. MANN,**<br><br>Debtors. |



Case No.: 14-13713 RG

Honorable Rosemary Gambardella

Chapter: 7

Hearing Date: July 8, 2014 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL THE BANKRUPTCY ESTATE'S INTEREST IN CERTAIN REAL PROPERTY, AND AVOIDING LIENS PURSUANT TO 11 U.S.C. §544**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

7-8-14

(Page 2)

Debtor: David L. Mann and Peggy A. Mann

Case no.: 14-13713 RG

Caption of Order: Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Bankruptcy Estate's interest in Certain Real Property, and Avoiding Liens Pursuant to 11 U.S.C. §544

---

**THIS MATTER** having come on before the Court by reason of a Motion filed by Robert B. Wasserman, Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and through his attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order authorizing the Trustee to sell the bankruptcy estate's interest in certain real property, and avoiding liens pursuant to 11 U.S.C. §544, and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the proposed sale have been filed within the time set by the Clerk or such objections have been resolved; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized to sell the bankruptcy estate's interest in certain real estate known as 800 Palisades Avenue, Unit 801, Fort Lee, New Jersey (the "Property") to David L. Mann and Peggy A. Mann, for the sum of $200,000.00, which sale shall be subject to any and all mortgages, real estate taxes, municipal assessments, condominium fees and charges, and other liens, but free and clear of the judgment liens of Benjamin V. Amoruso and Alpine Capital Bank; and it is further

**ORDERED**, that as set forth in the sale motion the Debtors are waiving any exemption in or entitlement to the sale proceeds; and it is further

(Page 3)

| | |
|---|---|
| Debtor: | David L. Mann and Peggy A. Mann |
| Case no.: | 14-13713 RG |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell the Bankruptcy Estate's interest in Certain Real Property, and Avoiding Liens Pursuant to 11 U.S.C. §544 |

**ORDERED**, that the judgment lien held by Benjamin V. Amoruso, Judgment Number J-074458-2013 against David L. Mann, be and is hereby avoided and removed from record; and it is further

**ORDERED**, that the judgment lien held by Alpine Capital Bank, Judgment Number J-228403-2013 against David L. Mann and Peggy A. Mann, be and is hereby avoided and removed from record; and it is further

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).